ACCEPTED
04-14-00746-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2015 12:28:29 PM
KEITH HOTTLE
CLERK

No. 04-14-00746-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2015 12:28:29 PM
KEITH E. HOTTLE
Clerk

In the Court of Appeals
for the Fourth District of Texas

**ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT**,
Appellant,

v.

**CATHERINE CLARK**,
Appellee.

On Appeal from the 285th Judicial District Court
of Bexar County, Texas

**APPELLANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Appellant Alamo Heights Independent School District files this unopposed motion for an extension of time to file a reply brief in this case and would respectfully show the following:

1. This case is an accelerated appeal of the trial court's interlocutory order denying Appellant's Plea to the Jurisdiction. The Clerk's Record in this case was initially filed on October 31, 2014. On December 10, 2014 and February 13,

2015, the Clerk's Supplemental Records were filed. There is no reporter's record in this case.

2.     The parties previously moved for an extension of time to file briefs in this case, and by order of the Court, the deadline for Appellant's Brief was extended until January 2, 2015, and the deadline for Appellee's Brief was similarly extended until 40 days after Appellant's Brief was filed. Thereafter, Appellee moved for an (unopposed) extension of time to file her brief in this case, and by order of the Court, the deadline for Appellee's brief was extended until March 9, 2015.

3.     Appellant's Reply Brief is due to be filed on or before March 26, 2015. Appellant is requesting a two-week extension of the filing deadline for its Reply Brief until Thursday, April 9, 2015.

4.     Both Leonard Schwartz and Robert Schulman have had an unusually heavy workload over the past few weeks, including their involvement in due process proceedings before the Texas Education Agency, and administrative appeals pending before the State Office of Administrative Hearings, all of which required or will require extensive research, discovery, and hearing preparation. In addition, Mr. Schulman has been involved in deposition and pre-trial preparation in a lawsuit pending in the Travis County District Court.

5.      This is the first request by Appellant for extension of time to file a Reply Brief to Appellee's Brief. Counsel for Appellant contacted counsel for Appellee to request an extension of time.

6.      The extension of the deadline for Appellant to file its Reply Brief will not negatively impact or impede the final resolution of this case. This extension is made in good faith, and so that justice may be done, and not for purposes of delay.

7.      Accordingly, Appellant believes that the foregoing reasonably explains the need for the requested extensions of time, and that good cause exists for granting this relief. Appellee's counsel is unopposed to this Motion, as indicated below.

**WHEREFORE, PREMISES CONSIDERED**, Appellant asks the Court to grant this Motion and extend the filing deadlines for Appellant's Reply Brief as requested herein.

Respectfully submitted,

**SCHULMAN, LOPEZ, & HOFFER, LLP**

Robert A. Schulman
Texas Bar No. 17834500
Email: rschulman@slh-law.com
Leonard J. Schwartz
Texas Bar No. 17867000
Email: lschwartz@slh-law.com
Bryan P. Dahlberg
Texas Bar No. 24065113
Email: bdahlberg@slh-law.com
517 Soledad Street
San Antonio, Texas 78205-1508
Telephone: (210) 538-5385
Facsimile: (210) 538-5384
**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

On March 17, 2015, Bryan Dahlberg corresponded with Appellee's counsel, Matthew Pearson, regarding the relief sought in this Motion. Mr. Pearson notified Mr. Dahlberg that he does not oppose this Motion for Extension of Time to File Reply Brief or the deadline referenced within same.

Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March 2015, a true and correct copy of the foregoing document has been delivered by email to counsel of record for Appellee in this proceeding as follows:

Mr. Matthew R. Pearson, Gravely & Pearson, L.L.P., 425 Soledad Street, Suite 600, San Antonio, Texas 78205,
Email: mpearson@gplawfirm.com.

Mr. Brendan K. McBride, McBride Law Firm, 425 Soledad Street, Suite 600, San Antonio, Texas 78205,
Email: brendan.mcbride@att.net.

_____
Attorney for Appellant